UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DAVANIA WISDOM, on behalf of herself,
individually, and on behalf of all others
similarly-situated,

                              Plaintiff,                    JUDGMENT

     v.                                                 22-cv-01271 (EK)(JMW)

RED CRAB LONG ISLAND INC., d/b/a
RED CRAB JUICY SEAFOOD & BAR,
and JOYCE LI, individually, and ANDY LIN,
individually, and DAVID DARITY, individually,
and DEIRDRE HESTER, individually,

                              Defendants.
------------------------------------------------------------------X

        A notice of acceptance of a Rule 68 Offer of Judgment having been filed on July 7, 2023;

and Defendants having offered to allow entry of judgment to be taken against them and in favor

of Plaintiff Davania Wisdom in the amount of $20,000; it is

        ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Davania

Wisdom and against Defendants in the amount of $20,000.

Dated: Brooklyn, New York                                     Brenna B. Mahoney
         November 27, 2023                                          Clerk of Court

                                                             By:    */s/Jalitza Poveda*
                                                                        Deputy Clerk